

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2018

No. 04-16-00491-CV

Sam **LAJZEROWICZ,**
Appellant

v.

Estelita **LAJZEROWICZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16638
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

On February 26, 2018, appellant Sam Lajzerowicz filed his first motion for extension of time to file a motion for rehearing followed by an amended motion for an extension of time on March 2, 2018. In his motions, appellant requests a thirty day extension of time due to work load and military obligations. After consideration, we **GRANT** appellant's request for an extension of time and **ORDER** appellant to file a motion for rehearing **on or before March 19, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court